# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2023-0597**

Randy Lamont Lewis v. State of Alabama (Appeal from Jefferson Circuit Court: CC-06-3554 and CC-06-3555)

# <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk